UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-24664-CIV-MGC

SERGIO JESUS VASALLO GARCIA and all )
others similarly situated under 29 U.S.C. )
216(b), )
　 )
　　　　　　　Plaintiff, )
　　　　vs. )
　 )
LUIS INNOVATION CONSTRUCTION )
LLC, )
LUIS DULANTO, )
　 )
　　　　　　　Defendants. )
_____ )

## PLAINTIFF'S STATEMENT OF CLAIM

　　　　Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described
Statement of Claim as follows:

**Half-time Overtime Claim (2/22/13-1/7/14):**
Amount of half time per hour not compensated: $5
Weeks: 45
Overtime hours per week: 30
Total wages unpaid and liquidated damages: $6,750 X 2 = $13,500

*Plaintiff seeks all fees and costs under the FLSA.
**Plaintiff reserves the right to seek time and one-half overtime damages for any completely
unpaid overtime hours should the facts adduced in discovery justify same.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING
WAS SENT SUBSEQUENT TO E-FILING ON 1/5/16 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**